UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON,

                Plaintiff,

– against –

36TH HY LLC, SUNSET GOURMET DELI CORP, and JOHN DOE 1-X,

                Defendants.

**ORDER**

22 Civ. 1668 (ER)

RAMOS, D.J.:

    In this matter, the defendants were served on March 16, 2022. Docs. 7, 8. The defendants' answers were due April 6, 2022. *Id.* As of this date, the defendants have neither appeared nor answered, and there has been no further action to date. Plaintiff is therefore directed to submit a status report by April 27, 2022. Failure to comply could result in adverse actions, including dismissal for failure to prosecute.

    SO ORDERED.

Dated:   April 20, 2022
           New York, New York

                                                Edgardo Ramos, U.S.D.J.