

May 2, 2022

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: **Status Report**
Stephen Gannon v. 36th HY LLC, et al.
Case # 1:22-cv-1668

Dear Judge Ramos,

This law firm represents Plaintiff Stephen Gannon ("Plaintiff") in the above-named action. This letter provides the Court a status report pursuant to its Order dated April 20, 2022 (Dkt. No. 9).

Plaintiff's counsel has been in contact with counsel to both named Defendants, who have now each entered appearances in the case. Plaintiff's counsel has consented to an extension of time for Defendants to answer the Complaint through May 20, 2022.

Plaintiff's counsel hopes to circulate a comprehensive settlement proposal to Defendants prior to May 20, 2022, giving all parties the opportunity to engage in meaningful settlement discussions prior to further legal work being done on the case.

**Adam D. Ford**　　　　　　　　　　　　　　　　　　　　adam.ford@fordhufflaw.com
228 Park Avenue South　　　　　　　　　　　　　　　　　　　　(212) 287-5913
New York, New York 10003　　　　　　　　　　　　　　　　　www.fordhufflaw.com

**Re: Status Report**
Stephen Gannon v. 36th HY LLC, et al.
Case # 1:22-cv-1668
May 2, 2022
Page **2** of **2**

    We thank the court for its attention in this matter.

                                                                Respectfully Submitted,

                                                                Adam Ford
                                                               Ford & Huff LC

cc:      All Counsel of Record (via ECF)

